INSURANCE CO. v. SUPPLY CO.

No. 36 PC.

Case below: 19 N.C. App. 302.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

LINCOLN COUNTY v. SKINNER

No. 25 PC.

Case below: 19 N.C. App. 127.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

MANESS v. BULLINS

No. 63 PC.

Case below: 19 N.C. App. 386.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

MANESS v. BULLINS

No. 64 PC.

Case below: 19 N.C. App. 388.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

MCA, INC. v. TAPE CORP.

No. 40 PC.

Case below: 19 N.C. App. 218.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.